JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-31918

Re:   JOSEPH C CANNIZZARO
      12 WILLIAM STREET
      LINCOLN PARK,  NJ  07035

Atty:  JAMES C. ZIMMERMANN
       THE LAW OFFICES OF JAMES C. ZIMMERMANN
       244 ROUTE 94
       P.O. BOX 472
       VERNON, NJ  07462

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2019 | $968.00 | 6369432000 | 01/03/2020 | $968.00 | 6449611000 |

**Total Receipts: $1,936.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,936.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 100.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAVALRY COLLECTION AGENCY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CAVALRY PORTFOLIO SERVICE, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 1,930.18 | 0.00% | 0.00 | 0.00 |
| 0008 | CHILTON MEMORIAL HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 412.45 | 100.00% | 0.00 | 0.00 |
| 0011 | DIRECTV LLC | UNSECURED | 573.56 | 0.00% | 0.00 | 0.00 |
| 0012 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | NJ HOUSING FINANCE AGENCY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PNC MORTGAGE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 107.80 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $100.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $1,936.00       -     Paid to Claims: $0.00       -     Admin Costs Paid: $100.68     =     Funds on Hand: $1,835.32

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.