James C. Zimmermann, Esq. JCZ-2653
The Law Offices of James C. Zimmermann, Esq.
244 Route 94
Suite 100
P.O. Box 472
Vernon, New Jersey 07462
(973) 764-1633
Attorney for the Debtors

------------------------------------------------------------x

|  |  |
|---|---|
| In Re: | United States Bankruptcy Court |
|  | District of New Jersey |
|     Joseph C Cannizaro | Chapter: 13 |
|     Robin Cannizaro | Case No.: 19-31918 |
|  | Hearing Date: August 19, 2020  (10:00 a.m.) |
|  | Judge: RG |

------------------------------------------------------------x

## **OBJECTION**

I, Joseph C Cannizaro, being of full age do depose and say:

1. I am the Debtor in this matter.

2. I object to the relief sought.

3. Due to the Covid-19 Crisis my employment was altered and my wages suffered. I have since gained back all of my regular income and am prepared to pay any and all arrears owed on this account, to cure my default.

I certify that the statements contained herein are true I am aware that if any statements contained herein are willfully false, I am subject to punishment.

Dated: 8/3/2020                                /s/ Joseph C Cannizaro
                                                                    Joseph C Cannizaro