UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, N.A.

In Re:

Joseph Cannizzaro,

Debtor.

Case No.:      19-31918-RG

Chapter:            13

Hearing Date:      8/19/2020

Judge:         Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 12 William Street, Lincoln Park, NJ (Docket # 29)

_____

Date: 8/14/2020                                /s/ Denise Carlon
                                               Signature

*rev.8/1/15*