JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C.
ZIMMERMANN
244 ROUTE 94
P.O. BOX 472
VERNON, NJ  07462

Re:  JOSEPH C CANNIZZARO
     12 WILLIAM STREET
     LINCOLN PARK,  NJ  07035

Atty:  JAMES C. ZIMMERMANN
       THE LAW OFFICES OF JAMES C.
       ZIMMERMANN
       244 ROUTE 94
       P.O. BOX 472
       VERNON, NJ  07462

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-31918

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $87,799.00**

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2019 | $968.00 | 6369432000 | 01/03/2020 | $968.00 | 6449611000 |
| 02/05/2020 | $968.00 | 6530839000 | 03/02/2020 | $1,210.00 | 6607363000 |
| 04/03/2020 | $1,210.00 | 6687078000 | 05/04/2020 | $1,210.00 | 6763578000 |
| 06/02/2020 | $1,210.00 | 6838370000 | 07/02/2020 | $1,210.00 | 6911382000 |
| 08/03/2020 | $1,210.00 | 6982062000 | 09/02/2020 | $1,210.00 | 7059867000 |
| 10/02/2020 | $1,210.00 | 7133277000 | 11/03/2020 | $1,535.00 | 7209824000 |
| 12/02/2020 | $1,535.00 | 7278838000 | 01/04/2021 | $1,535.00 | 7352098000 |

**Total Receipts:  $17,189.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $17,189.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 04/20/2020 | $1,005.06 | 847,447 | | 05/18/2020 | $1,089.00 | 849,273 |
| | 06/15/2020 | $1,089.00 | 850,959 | | 07/20/2020 | $1,119.25 | 852,791 |
| | 08/17/2020 | $1,119.25 | 854,640 | | 09/21/2020 | $896.36 | 856,489 |
| | 09/21/2020 | $222.89 | 856,489 | | 10/19/2020 | $896.36 | 858,340 |
| | 10/19/2020 | $222.89 | 858,340 | | 11/16/2020 | $896.36 | 860,122 |
| | 11/16/2020 | $222.89 | 860,122 | | 12/21/2020 | $1,137.12 | 861,969 |
| | 12/21/2020 | $282.76 | 861,969 | | 01/11/2021 | $1,137.12 | 863,681 |
| | 01/11/2021 | $282.76 | 863,681 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,255.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,895.00 | 100.00% | 2,895.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-31918**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,428.78 | * | 0.00 | |
| 0005 | CAVALRY COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAVALRY PORTFOLIO SERVICE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 1,930.18 | * | 0.00 | |
| 0008 | CHILTON MEMORIAL HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SANTANDER CONSUMER USA INC. | UNSECURED | 3,426.89 | * | 0.00 | |
| 0011 | DIRECTV LLC | UNSECURED | 573.56 | * | 0.00 | |
| 0012 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 3,364.38 | * | 0.00 | |
| 0015 | NJ HOUSING FINANCE AGENCY | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0016 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRI | 51,488.76 | 100.00% | 10,384.88 | |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK | UNSECURED | 1,600.16 | * | 0.00 | |
| 0021 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 107.80 | * | 0.00 | |
| 0028 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 11,455.38 | 100.00% | 1,234.19 | |

**Total Paid:  $15,769.12**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $17,189.00          -    Paid to Claims: $11,619.07    -    Admin Costs Paid: $4,150.05    =    Funds on Hand: $1,419.88

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.