JAMES C. ZIMMERMANN  
THE LAW OFFICES OF JAMES C. ZIMMERMANN  
244 ROUTE 94, SUITE ONE  
P.O. BOX 472  
VERNON, NJ  07462

Re: JOSEPH C CANNIZZARO  
12 WILLIAM STREET  
LINCOLN PARK,  NJ  07035

Atty: JAMES C. ZIMMERMANN  
THE LAW OFFICES OF JAMES C. ZIMMERMANN  
244 ROUTE 94, SUITE ONE  
P.O. BOX 472  
VERNON, NJ  07462

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**  
Chapter 13 Case # 19-31918

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $87,799.00**

## RECEIPTS AS OF 01/13/2023      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2019 | $968.00 | 6369432000 | 01/03/2020 | $968.00 | 6449611000 |
| 02/05/2020 | $968.00 | 6530839000 | 03/02/2020 | $1,210.00 | 6607363000 |
| 04/03/2020 | $1,210.00 | 6687078000 | 05/04/2020 | $1,210.00 | 6763578000 |
| 06/02/2020 | $1,210.00 | 6838370000 | 07/02/2020 | $1,210.00 | 6911382000 |
| 08/03/2020 | $1,210.00 | 6982062000 | 09/02/2020 | $1,210.00 | 7059867000 |
| 10/02/2020 | $1,210.00 | 7133277000 | 11/03/2020 | $1,535.00 | 7209824000 |
| 12/02/2020 | $1,535.00 | 7278838000 | 01/04/2021 | $1,535.00 | 7352098000 |
| 02/02/2021 | $1,535.00 | 7427553000 | 03/02/2021 | $1,535.00 | 7493757000 |
| 04/05/2021 | $1,535.00 | 7573975000 | 05/04/2021 | $1,535.00 | 7649863000 |
| 06/02/2021 | $1,535.00 | 7715529000 | 07/02/2021 | $1,535.00 | 7785874000 |
| 08/03/2021 | $1,535.00 | 7855440000 | 09/02/2021 | $1,535.00 | 7923339000 |
| 10/04/2021 | $1,535.00 | 7990770000 | 11/03/2021 | $1,535.00 | 8058883000 |
| 12/03/2021 | $1,535.00 | 8122872000 | 01/04/2022 | $1,535.00 | 8186952000 |
| 02/03/2022 | $1,535.00 | 8252546000 | 03/02/2022 | $1,535.00 | 8313969000 |
| 04/04/2022 | $1,535.00 | 8381641000 | 05/03/2022 | $1,535.00 | 8442899000 |
| 06/02/2022 | $1,535.00 | 8505462000 | 07/05/2022 | $1,535.00 | 8567873000 |
| 08/02/2022 | $1,535.00 | 8626779000 | 09/02/2022 | $1,535.00 | 8686436000 |
| 10/03/2022 | $1,535.00 | 8746636000 | 11/03/2022 | $1,535.00 | 8806301000 |
| 12/05/2022 | $1,535.00 | 8862443000 | 01/03/2023 | $1,535.00 | 8917228000 |

**Total Receipts: $54,029.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $54,029.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-31918**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 04/20/2020 | $1,005.06 | 847,447 | | 05/18/2020 | $1,089.00 | 849,273 |
| | 06/15/2020 | $1,089.00 | 850,959 | | 07/20/2020 | $1,119.25 | 852,791 |
| | 08/17/2020 | $1,119.25 | 854,640 | | 09/21/2020 | $896.36 | 856,489 |
| | 09/21/2020 | $222.89 | 856,489 | | 10/19/2020 | $896.36 | 858,340 |
| | 10/19/2020 | $222.89 | 858,340 | | 11/16/2020 | $896.36 | 860,122 |
| | 11/16/2020 | $222.89 | 860,122 | | 12/21/2020 | $1,137.12 | 861,969 |
| | 12/21/2020 | $282.76 | 861,969 | | 01/11/2021 | $1,137.12 | 863,681 |
| | 01/11/2021 | $282.76 | 863,681 | | 02/22/2021 | $1,137.12 | 865,484 |
| | 02/22/2021 | $282.76 | 865,484 | | 03/15/2021 | $1,137.12 | 867,225 |
| | 03/15/2021 | $282.76 | 867,225 | | 04/19/2021 | $1,137.12 | 869,008 |
| | 04/19/2021 | $282.76 | 869,008 | | 05/17/2021 | $1,137.12 | 870,871 |
| | 05/17/2021 | $282.76 | 870,871 | | 06/21/2021 | $1,155.55 | 872,686 |
| | 06/21/2021 | $287.35 | 872,686 | | 07/19/2021 | $1,155.55 | 874,442 |
| | 07/19/2021 | $287.35 | 874,442 | | 08/16/2021 | $1,155.55 | 876,150 |
| | 08/16/2021 | $287.35 | 876,150 | | 09/20/2021 | $1,155.55 | 877,912 |
| | 09/20/2021 | $287.35 | 877,912 | | 10/18/2021 | $1,155.55 | 879,651 |
| | 10/18/2021 | $287.35 | 879,651 | | 11/17/2021 | $1,167.84 | 881,353 |
| | 11/17/2021 | $290.41 | 881,353 | | 12/13/2021 | $1,167.85 | 882,983 |
| | 12/13/2021 | $290.40 | 882,983 | | 01/10/2022 | $1,167.84 | 884,636 |
| | 01/10/2022 | $290.41 | 884,636 | | 02/14/2022 | $1,167.85 | 886,350 |
| | 02/14/2022 | $290.40 | 886,350 | | 03/14/2022 | $1,167.84 | 888,046 |
| | 03/14/2022 | $290.41 | 888,046 | | 04/18/2022 | $1,186.29 | 889,783 |
| | 04/18/2022 | $294.99 | 889,783 | | 05/16/2022 | $1,186.29 | 891,460 |
| | 05/16/2022 | $294.99 | 891,460 | | 06/20/2022 | $1,186.29 | 893,172 |
| | 06/20/2022 | $294.99 | 893,172 | | 07/18/2022 | $1,186.29 | 894,834 |
| | 07/18/2022 | $294.99 | 894,834 | | 08/15/2022 | $1,186.29 | 896,423 |
| | 08/15/2022 | $294.99 | 896,423 | | 09/19/2022 | $1,186.29 | 898,049 |
| | 09/19/2022 | $294.99 | 898,049 | | 10/17/2022 | $1,186.29 | 899,694 |
| | 10/17/2022 | $294.99 | 899,694 | | 11/14/2022 | $1,161.70 | 901,253 |
| | 11/14/2022 | $288.88 | 901,253 | | 12/12/2022 | $1,161.70 | 902,805 |
| | 12/12/2022 | $288.88 | 902,805 | | 01/09/2023 | $1,161.70 | 904,302 |
| | 01/09/2023 | $288.88 | 904,302 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,158.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,895.00 | 100.00% | 2,895.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,428.78 | * | 0.00 | |
| 0005 | CAVALRY COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAVALRY PORTFOLIO SERVICE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 1,930.18 | * | 0.00 | |
| 0008 | CHILTON MEMORIAL HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SANTANDER CONSUMER USA INC. | UNSECURED | 3,426.89 | * | 0.00 | |
| 0011 | DIRECTV LLC | UNSECURED | 573.56 | * | 0.00 | |
| 0012 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 3,364.38 | * | 0.00 | |
| 0015 | NJ HOUSING FINANCE AGENCY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 51,488.76 | 100.00% | 38,339.46 | |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK | UNSECURED | 1,600.16 | * | 0.00 | |
| 0021 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 107.80 | * | 0.00 | |
| 0028 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 11,455.38 | 100.00% | 8,185.58 | |

**Total Paid: $52,578.42**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $54,029.00    -    Paid to Claims: $46,525.04    -    Admin Costs Paid: $6,053.38    =    Funds on Hand: $1,450.58

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.