| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>JOSEPH C CANNIZZARO | Case No.: 19-31918<br><br>Adv. No.:<br><br>Hearing Date:  08/02/2023<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/10/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JOSEPH C CANNIZZARO
12 WILLIAM STREET
LINCOLN PARK, NJ  07035
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JAMES C. ZIMMERMANN
THE LAW OFFICES OF JAMES C. ZIMMERMANN
244 ROUTE 94, SUITE ONE
P.O. BOX 472
VERNON, NJ  07462
Mode of Service:  ECF and/or Regular Mail

Dated:  July 10, 2023

By:  /S/  Jessica Antoine
     Jessica Antoine