UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Joseph C. Cannizzaro,

Debtor.

Case No.:     19-31918-RG

Chapter:     13

Hearing Date:     08/30/2023

Judge:     Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion to Reimpose Stay as to 12 William Street (Docket # 46)

_____

Date: 08/30/2023                                              /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*