UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION

Order Filed on September 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-31918 RG

In Re:
    Joseph C. Cannizzaro

Debtor.

Adv. No.:

Hearing Date:

Judge: Rosemary Gambardella

**CONSENT ORDER CURING POST PETIOIN DEFAULT AND REINSTATING STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 7, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor: Joseph C. Cannizzaro
Case No: 19-31918 RG
Caption of Order: CONSENT ORDER RESOLVING DEFAULT AND REINSTATING AUTOMATIC STAY

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 12 William Street, Lincoln Park, NJ 07035 Morris, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and James C. Zimmerman, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 24, 2023 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2023 through August 2023 for a total post-petition default of $5,241.23 (3 @ $2,093.08 less suspense of $1,038.01); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,241.23 shall be paid in full by September 1, 2023; and

It is **ORDERED, ADJUDGED and DECREED** that the Debtor make regular mortgage payments, outside the Chapter 13 Plan, beginning September 1, 2023, directly Secured Creditor (Note: The amount of the monthly mortgage payment is subject to change according to the terms of the mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor is

hereby awarded reimbursement of fees in the sum of $500.00, which is to be paid through the Debtor's Chapter 13 Plan.

It is **FURTHER ORDERED, ADJUDGED and DECREED** that request to impose an automatic stay, are hereby resolved.

I hereby agree and consent to the above terms and conditions:   Dated: 8/29/23

_____
James C. Zimmermann, Attorney for Plaintiff

I hereby agree and consent to the above terms and conditions:   Dated: 8/24/2023

/s/ Denise Carlon
_____
Denise E. Carlon, Attorney for Defendant

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31918-RG |
| Joseph C Cannizzaro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

**Recip ID       Recipient Name and Address**
db          +  Joseph C Cannizzaro, 12 William Street, Lincoln Park, NJ 07035-1131

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 13, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

**Name                Email Address**

Denise E. Carlon
on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James C. Zimmermann
on behalf of Debtor Joseph C Cannizzaro jim@jzlawyer.com office@jzlawyer.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6