Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 19-31918**

Re:   JOSEPH C CANNIZZARO  
12 WILLIAM STREET  
LINCOLN PARK, NJ  07035

Atty:  JAMES C. ZIMMERMANN  
THE LAW OFFICES OF JAMES C. ZIMMERMANN  
244 ROUTE 94, SUITE ONE  
P.O. BOX 472  
VERNON, NJ  07462

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2019 | $968.00 | 6369432000 | 01/03/2020 | $968.00 | 6449611000 |
| 02/05/2020 | $968.00 | 6530839000 | 03/02/2020 | $1,210.00 | 6607363000 |
| 04/03/2020 | $1,210.00 | 6687078000 | 05/04/2020 | $1,210.00 | 6763578000 |
| 06/02/2020 | $1,210.00 | 6838370000 | 07/02/2020 | $1,210.00 | 6911382000 |
| 08/03/2020 | $1,210.00 | 6982062000 | 09/02/2020 | $1,210.00 | 7059867000 |
| 10/02/2020 | $1,210.00 | 7133277000 | 11/03/2020 | $1,535.00 | 7209824000 |
| 12/02/2020 | $1,535.00 | 7278838000 | 01/04/2021 | $1,535.00 | 7352098000 |
| 02/02/2021 | $1,535.00 | 7427553000 | 03/02/2021 | $1,535.00 | 7493757000 |
| 04/05/2021 | $1,535.00 | 7573975000 | 05/04/2021 | $1,535.00 | 7649863000 |
| 06/02/2021 | $1,535.00 | 7715529000 | 07/02/2021 | $1,535.00 | 7785874000 |
| 08/03/2021 | $1,535.00 | 7855440000 | 09/02/2021 | $1,535.00 | 7923339000 |
| 10/04/2021 | $1,535.00 | 7990770000 | 11/03/2021 | $1,535.00 | 8058883000 |
| 12/03/2021 | $1,535.00 | 8122872000 | 01/04/2022 | $1,535.00 | 8186952000 |
| 02/03/2022 | $1,535.00 | 8252546000 | 03/02/2022 | $1,535.00 | 8313969000 |
| 04/04/2022 | $1,535.00 | 8381641000 | 05/03/2022 | $1,535.00 | 8442899000 |
| 06/02/2022 | $1,535.00 | 8505462000 | 07/05/2022 | $1,535.00 | 8567873000 |
| 08/02/2022 | $1,535.00 | 8626779000 | 09/02/2022 | $1,535.00 | 8686436000 |
| 10/03/2022 | $1,535.00 | 8746636000 | 11/03/2022 | $1,535.00 | 8806301000 |
| 12/05/2022 | $1,535.00 | 8862443000 | 01/03/2023 | $1,535.00 | 8917228000 |
| 02/03/2023 | $1,535.00 | 8977138000 | 03/03/2023 | $1,535.00 | 9033859000 |
| 04/04/2023 | $1,535.00 | 9094341000 | 05/02/2023 | $1,535.00 | 9146327000 |
| 06/02/2023 | $1,535.00 | 9198338000 | 07/17/2023 | $1,535.00 |  |
| 08/09/2023 | $1,535.00 |  | 09/12/2023 | $1,535.00 |  |
| 10/11/2023 | $1,535.00 |  | 11/08/2023 | $1,535.00 |  |
| 12/12/2023 | $1,535.00 |  | 01/11/2024 | $1,535.00 |  |
| 02/12/2024 | $1,535.00 |  | 03/11/2024 | $1,535.00 |  |
| 04/09/2024 | $1,535.00 |  | 05/13/2024 | $1,535.00 |  |
| 06/11/2024 | $1,535.00 |  | 07/15/2024 | $1,535.00 |  |
| 08/08/2024 | $1,535.00 |  | 09/23/2024 | $1,535.00 |  |

**Chapter 13 Case # 19-31918**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2024 | $1,535.00 | | | | |

**Total Receipts: $86,264.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $86,264.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,338.06 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,895.00 | 100.00% | 2,895.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,428.78 | 100.00% | 2,428.78 | 0.00 |
| 0005 | CAVALRY COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAVALRY PORTFOLIO SERVICE, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 1,930.18 | 100.00% | 1,930.18 | 0.00 |
| 0008 | CHILTON MEMORIAL HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA INC. | UNSECURED | 3,426.89 | 100.00% | 3,426.89 | 0.00 |
| 0011 | DIRECTV LLC | UNSECURED | 573.56 | 100.00% | 573.56 | 0.00 |
| 0012 | EMERGENCY PHYSICIAN ASSOCIATES N( | UNSECURED | 3,364.38 | 100.00% | 3,364.38 | 0.00 |
| 0015 | NJ HOUSING FINANCE AGENCY | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 51,488.76 | 100.00% | 51,488.76 | 0.00 |
| 0019 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | SYNCHRONY BANK | UNSECURED | 1,600.16 | 100.00% | 1,600.16 | 0.00 |
| 0021 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 107.80 | 100.00% | 107.80 | 0.00 |
| 0028 | PNC BANK NATIONAL ASSOCIATION | (NEW) MTG Agree | 11,955.38 | 100.00% | 11,955.38 | 0.00 |

**Total Paid: $85,108.95**
See Summary

## LIST OF PAYMENTS TO CLAIMS     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DIRECTV LLC | | | | | | | |
| | 01/08/2024 | $12.64 | 921517 | | 02/12/2024 | $60.30 | 922845 |
| | 03/11/2024 | $60.31 | 924314 | | 04/15/2024 | $120.60 | 925727 |
| | 06/17/2024 | $120.61 | 928592 | | 08/19/2024 | $124.54 | 931502 |
| | 10/21/2024 | $74.56 | 934356 | | | | |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | | |
| | 01/08/2024 | $74.12 | 921532 | | 02/12/2024 | $353.73 | 922859 |
| | 03/11/2024 | $353.73 | 924327 | | 04/15/2024 | $707.45 | 925739 |
| | 06/17/2024 | $707.46 | 928604 | | 08/19/2024 | $730.53 | 931512 |
| | 10/21/2024 | $437.36 | 934367 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 01/08/2024 | $42.52 | 921628 | | 02/12/2024 | $202.94 | 922956 |
| | 03/11/2024 | $202.94 | 924421 | | 04/15/2024 | $405.88 | 925835 |
| | 06/17/2024 | $405.87 | 928700 | | 08/19/2024 | $419.11 | 931599 |
| | 10/21/2024 | $250.92 | 934443 | | | | |

**Chapter 13 Case # 19-31918**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 04/20/2020 | $1,005.06 | 847447 | | 05/18/2020 | $1,089.00 | 849273 |
| | 06/15/2020 | $1,089.00 | 850959 | | 07/20/2020 | $1,119.25 | 852791 |
| | 08/17/2020 | $1,119.25 | 854640 | | 09/21/2020 | $222.89 | 856489 |
| | 09/21/2020 | $896.36 | 856489 | | 10/19/2020 | $222.89 | 858340 |
| | 10/19/2020 | $896.36 | 858340 | | 11/16/2020 | $222.89 | 860122 |
| | 11/16/2020 | $896.36 | 860122 | | 12/21/2020 | $282.76 | 861969 |
| | 12/21/2020 | $1,137.12 | 861969 | | 01/11/2021 | $1,137.12 | 863681 |
| | 01/11/2021 | $282.76 | 863681 | | 02/22/2021 | $282.76 | 865484 |
| | 02/22/2021 | $1,137.12 | 865484 | | 03/15/2021 | $282.76 | 867225 |
| | 03/15/2021 | $1,137.12 | 867225 | | 04/19/2021 | $282.76 | 869008 |
| | 04/19/2021 | $1,137.12 | 869008 | | 05/17/2021 | $1,137.12 | 870871 |
| | 05/17/2021 | $282.76 | 870871 | | 06/21/2021 | $287.35 | 872686 |
| | 06/21/2021 | $1,155.55 | 872686 | | 07/19/2021 | $287.35 | 874442 |
| | 07/19/2021 | $1,155.55 | 874442 | | 08/16/2021 | $1,155.55 | 876150 |
| | 08/16/2021 | $287.35 | 876150 | | 09/20/2021 | $287.35 | 877912 |
| | 09/20/2021 | $1,155.55 | 877912 | | 10/18/2021 | $1,155.55 | 879651 |
| | 10/18/2021 | $287.35 | 879651 | | 11/17/2021 | $290.41 | 881353 |
| | 11/17/2021 | $1,167.84 | 881353 | | 12/13/2021 | $290.40 | 882983 |
| | 12/13/2021 | $1,167.85 | 882983 | | 01/10/2022 | $1,167.84 | 884636 |
| | 01/10/2022 | $290.41 | 884636 | | 02/14/2022 | $290.40 | 886350 |
| | 02/14/2022 | $1,167.85 | 886350 | | 03/14/2022 | $290.41 | 888046 |
| | 03/14/2022 | $1,167.84 | 888046 | | 04/18/2022 | $294.99 | 889783 |
| | 04/18/2022 | $1,186.29 | 889783 | | 05/16/2022 | $294.99 | 891460 |
| | 05/16/2022 | $1,186.29 | 891460 | | 06/20/2022 | $1,186.29 | 893172 |
| | 06/20/2022 | $294.99 | 893172 | | 07/18/2022 | $294.99 | 894834 |
| | 07/18/2022 | $1,186.29 | 894834 | | 08/15/2022 | $294.99 | 896423 |
| | 08/15/2022 | $1,186.29 | 896423 | | 09/19/2022 | $294.99 | 898049 |
| | 09/19/2022 | $1,186.29 | 898049 | | 10/17/2022 | $1,186.29 | 899694 |
| | 10/17/2022 | $294.99 | 899694 | | 11/14/2022 | $288.88 | 901253 |
| | 11/14/2022 | $1,161.70 | 901253 | | 12/12/2022 | $288.88 | 902805 |
| | 12/12/2022 | $1,161.70 | 902805 | | 01/09/2023 | $1,161.70 | 904302 |
| | 01/09/2023 | $288.88 | 904302 | | 02/13/2023 | $288.88 | 905844 |
| | 02/13/2023 | $1,161.70 | 905844 | | 03/13/2023 | $1,161.70 | 907449 |
| | 03/13/2023 | $288.88 | 907449 | | 04/17/2023 | $288.88 | 909071 |
| | 04/17/2023 | $1,161.70 | 909071 | | 05/15/2023 | $288.88 | 910636 |
| | 05/15/2023 | $1,161.70 | 910636 | | 06/12/2023 | $1,149.40 | 912127 |
| | 06/12/2023 | $285.82 | 912127 | | 09/18/2023 | $4,490.71 | 916651 |
| | 09/18/2023 | $1,250.17 | 916651 | | 10/16/2023 | $386.42 | 918120 |
| | 10/16/2023 | $1,025.78 | 918120 | | 11/13/2023 | $1,025.78 | 919562 |
| | 11/13/2023 | $386.42 | 919562 | | 01/08/2024 | $305.45 | 922329 |
| | 01/08/2024 | $810.83 | 922329 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 01/08/2024 | $53.51 | 8003906 | | 02/12/2024 | $255.36 | 8003947 |
| | 03/11/2024 | $255.36 | 8003991 | | 04/15/2024 | $510.72 | 8004035 |
| | 06/17/2024 | $510.72 | 8004126 | | 08/19/2024 | $527.37 | 8004210 |
| | 10/21/2024 | $315.74 | 8004295 | | | | |
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 01/08/2024 | $75.50 | 922389 | | 02/12/2024 | $360.30 | 923778 |
| | 03/11/2024 | $360.30 | 925218 | | 04/15/2024 | $720.60 | 926692 |
| | 06/17/2024 | $720.60 | 929572 | | 08/19/2024 | $744.10 | 932452 |
| | 10/21/2024 | $445.49 | 935317 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 01/08/2024 | $35.25 | 921520 | | 02/12/2024 | $168.24 | 922848 |
| | 03/11/2024 | $168.24 | 924317 | | 04/15/2024 | $336.48 | 925729 |
| | 06/17/2024 | $336.48 | 928594 | | 08/19/2024 | $347.45 | 931504 |
| | 10/21/2024 | $208.02 | 934358 | | | | |

**Chapter 13 Case # 19-31918**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 02/12/2024 | $13.71 | 922943 | 03/11/2024 | $11.33 | 924409 |
| | 04/15/2024 | $22.67 | 925824 | 06/17/2024 | $22.67 | 928688 |
| | 08/19/2024 | $23.41 | 931589 | 10/21/2024 | $14.01 | 934432 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 14, 2024.

Receipts: $86,264.00     -     Paid to Claims: $76,875.89     -     Admin Costs Paid: $8,233.06    =    Funds on Hand: $1,155.05

Unpaid Balance to Claims: $0.00          +     Unpaid Trustee Comp: $0.00               =    Total Unpaid Balance: **($1,155.05)

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.