Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  19−31918−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph C Cannizzaro
   12 William Street
   Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−8631

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Joseph C Cannizzaro</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 21, 2024
JAN: mlc

                                                         <u>Jeanne Naughton, Clerk</u>