Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31918−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph C Cannizzaro
   12 William Street
   Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−8631

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: January 13, 2025
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-31918-RG

Joseph C Cannizzaro  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jan 13, 2025  Form ID: cscnodsc  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph C Cannizzaro, 12 William Street, Lincoln Park, NJ 07035-1131 |
| 518580872 | + | AHS Hospital Corp, 475 South Street, Morristown, NJ 07960-6459 |
| 518580878 | + | Chilton Memorial Hospital, 97 West Pkwy, Pompton Plains, NJ 07444-1696 |
| 518580882 | + | Emer Phy Assoc North Jersey Pc, 307 S Evergreen Ave, Woodbury, NJ 08096-2739 |
| 518580884 | | KML Law Group, P.C., 2165 Haddon Ave, Suite 406, Westmount, NJ 08108 |
| 518580885 | | NJ Housing Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 518580887 | + | PNC Mortgage, 1801 E. 9th Street, Suite 200, Cleveland, OH 44114-3103 |
| 518580886 | + | Peter Cipparulo, III, LLC, 349 Route 206, Suite K, Hillsborough, NJ 08844-4667 |
| 518580888 | + | Richard W. Krieg, Esq, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 518580891 | + | The Dermatology Group, P.O Box 791486, Baltimore, MD 21279-1486 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2025 20:46:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518580871 | ^ | MEBN | Jan 13 2025 20:42:47 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 518580873 | ^ | MEBN | Jan 13 2025 20:42:40 | Apothaker Scian, P.C, 520 Fellowship Rd, Ste C306, Mount Laurel, NJ 08054-3410 |
| 518580874 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2025 20:46:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518633740 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2025 20:46:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 518580875 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2025 20:46:00 | Cavalry Collection Agency, Cavalry SPVI, LLC, 500 Summit Lake Rd, Suite 400, Valhalla, NY 10595-2321 |
| 518580876 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2025 20:46:00 | Cavalry Portfolio Service, LLC, P.O Box 1017, Hawthorne, NY 10532-7504 |
| 518580879 | + | Email/Text: aalegalforwarding@wakeassoc.com | Jan 13 2025 20:45:00 | Choice Recovery, Attn: Bankruptcy, 1550 Old Henderson Rd, Ste 100, Columbus, OH 43220-3662 |
| 518580880 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2025 20:46:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518580881 | + | Email/Text: G06041@att.com | Jan 13 2025 20:46:00 | Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245-3502 |
| 518644600 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2025 20:52:51 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518671837 | | Email/Text: BNCnotices@dcmservices.com | Jan 13 2025 20:46:00 | Emergency Physician Associates N. Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518580883 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 13 2025 20:46:00 | IC System, P.O Box 64437, Saint Paul, MN 55164-0437 |
| 518580877 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2025 21:04:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518615550 | + | Email/Text: RASEBN@raslg.com | Jan 13 2025 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518668932 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2025 20:45:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518680453 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2025 21:15:41 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 518673929 | ^ | MEBN | Jan 13 2025 20:42:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518582124 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2025 21:04:27 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518580889 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2025 21:04:39 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518580890 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2025 20:52:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518657070 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2025 20:52:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James C. Zimmermann | on behalf of Debtor Joseph C Cannizzaro jim@jzlawyer.com  office@jzlawyer.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7